```
                          United States Bankruptcy Court
                              District of New Mexico
In re:                                                        Case No. 17-10498-j
Kathryn Ramona Esquibel                                       Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 1084-1        User: agrilley            Page 1 of 1        Date Rcvd: Feb 27, 2019
                            Form ID: pdfor1           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2019.
db             +Kathryn Ramona Esquibel,    260 South 6th Street,    Santa Rosa, NM 88435-2604
intp           +Sexton John,    3502 33rd Circle,    Rio Rancho, NM 87124-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              Benjamin A. Jacobs    on behalf of Trustee Yvette J. Gonzales bjacobs@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;edmazel@askewmazelfirm.com;ericanunez@askewmazelfirm.com;maryvallejos
               @askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.com;jarratt@askewmazelfirm.com
              Daniel Andrew White    on behalf of Trustee Yvette J. Gonzales dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;ericanunez@askewmazelfirm.com;maryvallejos@askewmazelfirm.com;askewma
               zeladmin@ecf.courtdrive.com;jarratt@askewmazelfirm.com
              David Alton Kelly    alton@kgeenergy.com
              Edward Alexander Mazel    on behalf of Trustee Yvette J. Gonzales edmazel@askewmazelfirm.com,
               dwhite@askewmazelfirm.com;ericanunez@askewmazelfirm.com;maryvallejos@askewmazelfirm.com;askewmaze
               ladmin@ecf.courtdrive.com;jarratt@askewmazelfirm.com
              Edward Alexander Mazel    on behalf of Plaintiff    Yvette J. Gonzales edmazel@askewmazelfirm.com,
               dwhite@askewmazelfirm.com;ericanunez@askewmazelfirm.com;maryvallejos@askewmazelfirm.com;askewmaze
               ladmin@ecf.courtdrive.com;jarratt@askewmazelfirm.com
              Jacqueline Ortiz    on behalf of Plaintiff    Yvette J. Gonzales jortiz@askewmazelfirm.com,
               maryvallejos@askewmazelfirm.com;ericanunez@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.com;
               jarratt@askewmazelfirm.com
              James A Askew    on behalf of Trustee Yvette J. Gonzales jaskew@askewmazelfirm.com,
               ericanunez@askewmazelfirm.com;maryvallejos@askewmazelfirm.com;agarcia@askewmazelfirm.com;askewmaz
               eladmin@ecf.courtdrive.com;jarratt@askewmazelfirm.com
              Leonard K Martinez-Metzgar    on behalf of Plaintiff    United States Trustee
               leonard.martinez-metzgar@usdoj.gov
              Michael K Daniels    on behalf of Plaintiff Martin  Lopez mike@mdanielslaw.com,
               rebeccanm@gmail.com;steinhardt23@gmail.com
              Michael K Daniels    on behalf of Creditor    Estate of Nancy Richards mike@mdanielslaw.com,
               rebeccanm@gmail.com;steinhardt23@gmail.com
              Michael K Daniels    on behalf of Creditor    Merrie Chappell Law, PC mike@mdanielslaw.com,
               rebeccanm@gmail.com;steinhardt23@gmail.com
              Michael K Daniels    on behalf of Creditor    Martin Lopez, III, PC mike@mdanielslaw.com,
               rebeccanm@gmail.com;steinhardt23@gmail.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              Wesley O Pool    on behalf of Defendant Kathryn Ramona Esquibel wesley@poollawfirm.com,
               mike@poollawfirm.com
              Wesley O Pool    on behalf of Debtor Kathryn Ramona Esquibel wesley@poollawfirm.com,
               mike@poollawfirm.com
              Yvette J. Gonzales    yjgllc@yahoo.com, yg@trustesolutions.net
                                                                                             TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: KATHRYN RAMONA ESQUIBEL,            Case No. 17-10498-j7

Debtor.

## ORDER RESCHEDULING FINAL HEARING ON OBJECTION TO CLAIM

THIS MATTER is before the Court following a request for status conference or scheduling conference filed in a related Adversary Proceeding 17-1042-j (the "Request"). The Request states that there was a death in the Debtor's family and asks for a continuance. The Court having determined that continuing the final hearing is appropriate in the circumstances,

HEREBY ORDERS:

1. <u>Vacating Final Hearing.</u> The Court vacates the final hearing on the Objection to Proof of Claim of Martin Lopez (Docket Nos. 30 and 33) scheduled February 27, 2019 and February 28, 2019.

2. <u>Rescheduled Final Hearing</u>. The rescheduled final hearing on the Objection to Proof of Claim of Martin Lopez (Docket Nos. 30 and 33) shall commence on **March 27, 2019 at 9:00 a.m.** in the Gila Courtroom, 5th Floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico. Two days have been set aside for the hearing.

3. <u>Witnesses and Exhibits Deadlines</u>.
   a. By **Friday, March 15, 2019,** the parties shall file and serve witness and exhibit lists and shall exchange exhibits, except for rebuttal exhibits that cannot reasonably be anticipated. Each party's witness list shall identify the persons the party expects to call to testify at the final hearing except any rebuttal witnesses that cannot reasonably be anticipated.
   b. Parties shall provide three copies of the exhibits to Chambers (one for the Court, one for the Court's law clerk, and one for the witness) prior to commencement of the hearing. Mr. Kelly's exhibits are to be marked with numbers, and the claimant's exhibits are to be marked with letters, taking care

that there is no duplication of exhibit letters. Each page of any multiple-page exhibit shall be numbered. Exhibits shall be accompanied by a list of the exhibits by number or letter and a brief description or name of each exhibit. If a party intends to proffer more than five exhibits, then the exhibits shall be tabbed and bound in three-ring binders or by some similar binding.

c. Any counsel or party requiring authentication of any exhibit must so notify in writing the offering counsel or party by **Friday, March 22, 2019**, or objection to authenticity will be waived. The Court generally will exclude exhibits not exchanged as required and may exclude from testifying any witness not identified in a party's witness list. The parties shall be prepared to notify the Court at the beginning of the hearing which exhibits can be admitted into evidence by stipulation.

4. <u>Disposal of Exhibits.</u> Unless an appeal is pending, 30 days after orders ruling becomes final, the Court will dispose of all hearing exhibits in its possession that have not been retrieved by the submitting party.

5. <u>Request for Status Conference/Scheduling Conference.</u> The Court denies the request for status conference or scheduling conference.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: February 27, 2019

Copy to:

David Alton Kelly
252 S. 6th St.
P.O. Box 414
Santa Rosa, NM 88435

Michael K Daniels
P.O. Box 1640
Albuquerque, NM 87103