UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: KATHRYN ESQUIBEL,                 Case No. 17-10498-j7
                                                  Chapter 7

      Debtor.

## **PLAINTIFF MARTIN LOPEZ III, P. C.'S OBJECTION HEARING EXHIBIT LIST**

        COMES NOW Martin Lopez III, P. C. (hereinafter "Claimant") by and through his attorney , Michael K. Daniels, hereby submits the following list of exhibits which may be offered at the hearing on Defendant John Sexton's and Creditor David Alton Kelly's Objections to claim of Martin Lopez III, P.C. (Docket Nos. 30 and 33) scheduled for Wednesday, March 27, 2019 through March 28, 2019 beginning at 9:00 each day.

1. Fee Agreement between Martin Lopez III, P.C. and Kathyrn Esquibel;

2. Certified New Mexico Fourth District Court Docket, Esquibel v. Esquibel, D-412-DM-2011-00157;

3. Retainer Agreement between Martin Lopez III, P.C. and Jane B. Yohalem, dated May 13, 2014;

4. Certified New Mexico Court of Appeals Docket, Esquibel v. Esquibel, CA - 33839;

5. Certified Memorandum Opinion - New Mexico Court of Appeals, August 29, 2016;

6. Certified Martin Lopez III, P. C.'s Motion for Attorney's Fees - Fourth District Court, January 23, 2017;

7. Certified Notice of Filing Affidavit of Attorney Jane B. Yohalem. Affidavit and attached Exhibits A through E, in support of Motion for Attorney's Fees - Fourth District Court, January 31, 2017;

1

8. Invoices from Jane B. Yohalem, dated March 20, 2015, March 31, 2016, August 30, 2016, January 31, 2017;

9. Cancelled checks from Martin Lopez III, P.C. to Jane B. Yohalem; dated March 20, 2015; May 15, 2015; May 4, 2016; May 19, 2016; December 23, 2016

10. Revised Resume of Jane Bloom Yohalem;

11. Notice and Objection to the Creditor Claim of Martin Lopez III by John Sexton, (Doc. 30) Case 17-10498-j7;

12. Notice of Objection to the Creditor Claim of Martin Lopez III by John Sexton, (Doc. 31) Case 17-10498-j7;

13. Notice of Objection to the Creditor Claim of Martin Lopez III by David Kelly (Doc. 33) Case 17-10498-j7;

14. Any exhibit identified by any other party.

15. Any necessary rebuttal exhibits.

Respectfully submitted,

 Filed electronically 3/14/2019
Michael K. Daniels
Attorney for Claimant
P. O. Box 1640
Albuquerque, NM 87103
Tele: (505) 246-9385
mike@mdanielslaw.com

I certify that I sent a true and correct copy of the foregoing to the parties listed below on March 14, 2019, either via regular mail as listed below, or through the Court's electronic noticing system, depending upon whether or not that party is subscribed to the CM/ECF system.

Wesley O. Pool  
201 Innsdale Terrace  
Clovis, NM 88101

Yvette J. Gonzales  
P. O. Box 1037  
Placitas, NM 87042-1037

| | |
|---|---|
| Edward Mazel<br>1122 Central Ave. SW #1<br>Albuquerque, NM 87102 | David Kelly<br>P. O. Box 414<br>Santa Rosa, NM 88435 |
| US Trustee<br>P.O. Box 608<br>Albuquerque, NM 87103 | Kathryn Esquibel<br>206 South 6th St.<br>Santa Rosa, NM 88435 |

 Certified on 3/14/2019
Michael K. Daniels

3

Case 17-10498-j7    Doc 106    Filed 03/14/19    Entered 03/14/19 16:51:08 Page 3 of 3