UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: KATHRYN ESQUIBEL,            Case No. 17-10498-j7
                                                 Chapter 7

       Debtor.

## **PLAINTIFF MARTIN LOPEZ III, P. C.'S OBJECTION HEARING WITNESS LIST**

         COMES NOW Martin Lopez III, P. C. (hereinafter "Claimant") by and through his attorney, Michael K. Daniels, hereby submits the following list of witnesses who may be called at the hearing on Defendant John Sexton's and Party in Interest and Intervenor David Alton Kelly's Objections to claim of Martin Lopez III, P.C. (Docket Nos. 30 and 33) scheduled for Wednesday, March 27, 2019 through March 28, 2019 beginning at 9:00 each day.

1. Jane Bloom Yohalem;

2. Martin Lopez III;

3. Debtor Kathryn Esquibel;

4. Objector John Sexton;

5. Objector David Kelly

6. Any witness called by objector or debtor;

7. Any witness necessary for rebuttal purposes which cannot be anticipated at this time.

                                           Respectfully submitted,

                                           Filed electronically 3/14/2019
                                           Michael K. Daniels
                                           Attorney for Claimant
                                           P. O. Box 1640
                                           Albuquerque, NM 87103
                                           Tele: (505) 246-9385
                                           mike@mdanielslaw.com

I certify that I sent a true and correct copy of the foregoing to the parties listed below on March 14, 2019, either via regular mail as listed below, or through the Court's electronic noticing system, depending upon whether or not that party is subscribed to the CM/ECF system.

| | |
|---|---|
| Wesley O. Pool<br>201 Innsdale Terrace<br>Clovis, NM 88101 | Yvette J. Gonzales<br>P. O. Box 1037<br>Placitas, NM 87042-1037 |
| Edward Mazel<br>1122 Central Ave. SW #1<br>Albuquerque, NM 87102 | David Kelly<br>P. O. Box 414<br>Santa Rosa, NM 88435 |
| US Trustee<br>P.O. Box 608<br>Albuquerque, NM 87103 | Kathryn Esquibel<br>206 South 6th St.<br>Santa Rosa, NM 88435 |

  Certified on 3/14/2019
Michael K. Daniels