UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KATHRYN RAMONA ESQUIBEL,  Case No. 17-10498-j7
                                                    Chapter 7
    Debtor,

_____

DAVID A. KELLY,

    Objector
vs.

MARTIN LOPEZ III

    Creditor Claimant.

## KELLY'S NOTICE THAT AUTHENICATION IS REQUIRED OF LOPEZ EXHIBIT NUMBERS 3, 8, 9, & 10

Comes now David Kelly, Objector *pro se,* and gives notice that he will require authentication of Lopez Exhibits Nos. 3, 8, 9, & 10 at trial.

Kelly has objections to Exhibits # 10, 11, &12.

Kelly stipulates to the admissibility of Exhibits 1, 2, 4, 5, 6, 7, & 13

Date: March 22, 2019

Respectfully submitted,

/S/_____
David Kelly, Pro se
Intervenor/Objector
P.O. Box 414
Santa Rosa, N.M. 88435
575-219-5068

1