UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KATHRYN RAMONA ESQUIBEL,

Debtor,

Case No. 17-10498-j7
Chapter 7

FILED at 9:02 o'clock AM
MAR 27 2019
United States Bankruptcy Court
Albuquerque, New Mexico

DAVID A. KELLY,

    Intervenor/ Objector

vs.

MARTIN LOPEZ III

    Creditor Claimant.

## NOTICE OF CLARIFICATION THAT JOHN SEXTON IS NOT ASSERTING ANY OBJECTION TO THE CREDITOR CLAIM MARTIN LOPEZ III PC

[Trial Date: March 27 & 28, 2019 beginning 9 a.m.]

Comes now, John Sexton, and hereby gives NOTICE OF CLARIFICATION that he is not asserting any objection to the creditor claim of Martin Lopez III PC (or any other creditor) because he is not a party to the main bankruptcy proceeding and because the Court never found that he had standing to pursue such claims. The issue of standing was raised earlier but the Court never ruled on my standing – choosing instead to found Mr. Kelly's standing on his purchase of the Border Law Firm claim. I assumed, that because I did not purchase a claim, the Court's ruling was tantamount to a denial of my assertion of standing.

Respectfully submitted,

John Sexton
Defendant in Related Adversary Proceeding 17-1042-j
35t02 33rd Circle
Rio Rancho, NM 87124
505-414-7357