UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
Clerk's Minutes
MINUTES FOR FINAL MATTERS
Before the Honorable Robert H. Jacobvitz

__Chris Wilson, Courtroom Deputy
_x_Anna Grilley, Law Clerk

_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
Time Commenced: _10:08__

03/27/2019 09:00 am

TESTIMONY __
EXHIBITS __

**MATTER/CASE NAME/NUMBER**:

Kathryn Ramona Esquibel, Case No. 17-10498-j7
FH: Objection to Claim of Martin Lopez (Doc. #30 and 33)

Yvette J. Gonzales , Chapter 7 Trustee v. John Sexton and David Alton Kelly
Trial

**APPEARANCES:**
Yvette J. Gonzales , Chapter 7 Trustee: Ed Mazel
John Sexton: pro se
David Alton Kelly: pro se
Mike Daniels: Martin Lopez, III
Debtor: Wesley O Pool

**SUMMARY:**

The parties conducted settlement discussions and reached a binding settlement, subject to Court approval.