UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

KATHRYN RAMONA ESQUIBEL,  Case No. 17-10498-j7
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor(s).

## NOTICE OF CHANGE OF RESPONSIBLE ATTORNEY

Askew & White, LLC (James A. Askew) hereby gives notice that Jacqueline N. Ortiz is no longer a responsible attorney in the above-captioned case, and requests that the clerk, and any party filing or serving notices in this case, serve to the undersigned copies of notices to parties in interest given in this case in accordance with Fed. R. Bankr. P. 2002, 6007, or otherwise.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ASKEW & WHITE, LLC
　　　　　　　　　　　　　　　　　　　f/k/a Askew & Mazel, LLC

　　　　　　　　　　　　　　　　　　By: *s/ filed electronically*
　　　　　　　　　　　　　　　　　　　James A. Askew
　　　　　　　　　　　　　　　　　　　1122 Central Ave. S.W., Suite 1
　　　　　　　　　　　　　　　　　　　Albuquerque, NM 87102
　　　　　　　　　　　　　　　　　　　(505) 433.3097 (phone)
　　　　　　　　　　　　　　　　　　　(505) 717.1494 (fax)
　　　　　　　　　　　　　　　　　　　jaskew@askewwhite.com
　　　　　　　　　　　　　　　　　　*Attorneys for Chapter 7 Trustee*

This certifies that on February 24, 2020 a copy of the foregoing pleading was served by the Court's electronic filing system on all parties who have entered an appearance in this case.

*s/ Daniel A. White*
James A. Askew