# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-10498-J7 |
| | § | |
| KATHRYN RAMONA ESQUIBEL | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/03/2017. The undersigned trustee was appointed on 03/03/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $90,500.00

     Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $45,833.64 |
| Bank service fees | $254.92 |
| Other Payments to creditors | $755.64 |
| Non-estate funds paid to 3rd Parties | $117.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $43,538.80 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 07/10/2017 and the deadline for filing government claims was 08/30/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,769.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,769.15, for a total compensation of $7,769.15[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $651.43, for total expenses of $651.43.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/22/2020                By:    /s/ Yvette J. Gonzales
                                       Trustee

STATEMENT: This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Exhibit A

| | |
|---|---|
| **Case No.:** | 17-10498-J7 |
| **Case Name:** | ESQUIBEL, KATHRYN RAMONA |
| **For the Period Ending:** | 12/22/2020 |

| | |
|---|---|
| **Trustee Name:** | Yvette J. Gonzales |
| **Date Filed (f) or Converted (c):** | 03/03/2017 (f) |
| **§341(a) Meeting Date:** | 04/03/2017 |
| **Claims Bar Date:** | 07/10/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2007 Ford Explorer Sport Trac mileage: 130,000 | $4,000.00 | $0.00 | | $0.00 | FA |
| 2 | 1986 Lincoln Towncar mileage: 160,000 This vehicle is not running | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household furniture, major & minor appliances, misc. home furnishings & supplies in debtor's possession | $5,000.00 | $0.00 | | $0.00 | FA |
| 4 | Television, DVD player, computer, cell phone & misc. electronic equipment & supplies in debtor's possession | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing in debtor's possession | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Misc. jewelry in debtor's possession | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Cash on hand in debtor's possession | $25.00 | $0.00 | | $0.00 | FA |
| 8 | Checking account First National Bank of New Mexico 2458 Route 66 Santa Rosa, NM 88435 | $200.00 | $0.00 | | $0.00 | FA |
| 9 | TD Ameritrade (Stocks) | $305.00 | $0.00 | | $0.00 | FA |
| 10 | Preferential transfer. Adv. Pr. **(u)** 17-1042 - to recover house transferred to brother, 260 6th S. Street, Santa Rosa, NM. | Unknown | $70,000.00 | | $90,500.00 | FA |

**Asset Notes:**      Trial date set for 11/28/2018; Order on Settlement entered 5/31/19 doc 126

**TOTALS (Excluding unknown value)**

|  | | **Gross Value of Remaining Assets** |
|---|---|---|
| $14,030.00      $70,000.00 | | $90,500.00      $0.00 |

### Major Activities affecting case closing:

| | |
|---|---|
| 12/22/2020 | TFR to UST |
| 09/16/2020 | Trustee to file tax return, trying to determine tax basis of property. |
| 09/16/2019 | Kelly has been making rent payments pursuant to settlement agreement. Appraisal has been done. Kelly trying to refinance to complete the settlement. |
| 09/30/2018 | Trial on adversary proceeding is set for 11/28/2018. |
| 09/27/2017 | Trustee has filed adversary to recover house transferred to brother pre-petition. |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2020 |
| **Current Projected Date Of Final Report (TFR):** | 02/22/2021 |

/s/ YVETTE J. GONZALES

YVETTE J. GONZALES

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 17-10498-J7 | |
| Case Name: | ESQUIBEL, KATHRYN RAMONA | |
| Primary Taxpayer ID #: | **-***1050 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/3/2017 | |
| For Period Ending: | 12/22/2020 | |

| | |
|---|---|
| Trustee Name: | Yvette Gonzales |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0498 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $500.00 |
| 07/02/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $1,000.00 |
| 08/08/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $1,500.00 |
| 08/13/2019 | 5001 | International Sureties, Ltd. | Bond #016024923 | 2300-000 | | $0.77 | $1,499.23 |
| 09/05/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-00 | $500.00 | | $1,999.23 |
| 10/03/2019 | (10) | David Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $2,499.23 |
| 11/05/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $250.00 | | $2,749.23 |
| 11/19/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-00 | $250.00 | | $2,999.23 |
| 12/03/2019 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $3,499.23 |
| 01/02/2020 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $3,999.23 |
| 01/30/2020 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-00 | $500.00 | | $4,499.23 |
| 03/03/2020 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-00 | $500.00 | | $4,999.23 |
| 04/02/2020 | (10) | David A. Kelly | Per settlement entered 5/31/2019 doc 126 | 1241-000 | $500.00 | | $5,499.23 |
| 04/28/2020 | 5002 | David A. Kelly | Pro-rate refund of rent for month of April after closing on April 24. | 8500-002 | | $117.00 | $5,382.23 |
| 04/28/2020 | 5003 | United States Bankruptcy Court | Court costs per notice of fees due, Doc. 19, 6/1/17 | 2700-000 | | $350.00 | $5,032.23 |
| 04/30/2020 | | New Mexico Land and Title Co. | Order on Settlement entered 5/31/19 doc 126 | * | $82,369.50 | | $87,401.73 |
| | {10} | | Sale of 252 S. 6th St. Santa Rosa, NM 88435 $85,000.00 | 1241-000 | | | $87,401.73 |
| | | | Closing costs $(1,162.25) | 2500-000 | | | $87,401.73 |
| | | | Post petition property tax $(755.64) | 4110-000 | | | $87,401.73 |
| | | | Survey $(352.42) | 3991-000 | | | $87,401.73 |
| | | | Appraisal $(300.00) | 3991-000 | | | $87,401.73 |
| | | | Pest inspection $(54.19) | 3991-000 | | | $87,401.73 |
| | | | Flood cert $(6.00) | 3991-000 | | | $87,401.73 |
| 06/07/2020 | 5003 | STOP PAYMENT: United States Bankruptcy Court | Court costs per notice of fees due, Doc. No. 19, 6/1/17 | 2700-004 | | ($350.00) | $87,751.73 |
| 06/07/2020 | 5004 | United States Bankruptcy Court | Court costs per notice of fees due, Doc. No. 19, 6/1/17 | 2700-000 | | $350.00 | $87,401.73 |
| 07/30/2020 | 5005 | Askew & White LLC | Attorney fees per order #147, 7/29/20 | 3210-000 | | $41,035.65 | $46,366.08 |
| 07/30/2020 | 5006 | Askew & White LLC | Attorney expenses per order #147, 7/29/20 | 3220-000 | | $2,541.75 | $43,824.33 |
| 08/12/2020 | 5007 | International Sureties, Ltd. | Bond for 8/2020 through 7/2021, #016024923 | 2300-000 | | $30.61 | $43,793.72 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $63.90 | $43,729.82 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $63.77 | $43,666.05 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $63.67 | $43,602.38 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $63.58 | $43,538.80 |
| | | | | SUBTOTALS | $87,869.50 | $44,330.70 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 17-10498-J7 |
| **Case Name:** | ESQUIBEL, KATHRYN RAMONA |
| **Primary Taxpayer ID #:** | **-***1050 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 3/3/2017 |
| **For Period Ending:** | 12/22/2020 |

| | |
|---|---|
| **Trustee Name:** | Yvette Gonzales |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0498 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $87,869.50 | $44,330.70 | $43,538.80 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $87,869.50 | $44,330.70 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $87,869.50 | $44,330.70 | |

**For the period of  3/3/2017 to 12/22/2020**

| | |
|---|---|
| Total Compensable Receipts: | $90,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,844.20 |
| Total Non-Compensable Disbursements: | $117.00 |
| Total Comp/Non Comp  Disbursements: | $46,961.20 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/11/2019 to 12/22/2020**

| | |
|---|---|
| Total Compensable Receipts: | $90,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,844.20 |
| Total Non-Compensable Disbursements: | $117.00 |
| Total Comp/Non Comp  Disbursements: | $46,961.20 |
| Total Internal/Transfer  Disbursements: | $0.00 |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 17-10498-J7 | |
| **Case Name:** | ESQUIBEL, KATHRYN RAMONA | |
| **Primary Taxpayer ID #:** | **-***1050 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/3/2017 | |
| **For Period Ending:** | 12/22/2020 | |

| | |
|---|---|
| **Trustee Name:** | Yvette Gonzales |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0498 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| | | $87,869.50 | $44,330.70 | $43,538.80 |

**For the period of 3/3/2017 to 12/22/2020**

| | |
|---|---|
| Total Compensable Receipts: | $90,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,844.20 |
| Total Non-Compensable Disbursements: | $117.00 |
| Total Comp/Non Comp Disbursements: | $46,961.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/03/2017 to 12/22/2020**

| | |
|---|---|
| Total Compensable Receipts: | $90,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,844.20 |
| Total Non-Compensable Disbursements: | $117.00 |
| Total Comp/Non Comp Disbursements: | $46,961.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ YVETTE GONZALES

YVETTE GONZALES

| | | | |
|---|---|---|---|
| Case No.: | 17-10498-J7 | Trustee Name: | Yvette J. Gonzales |
| Case Name: | ESQUIBEL, KATHRYN RAMONA | Date: | 12/22/2020 |
| Claims Bar Date: | 07/10/2017 | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| TRFEE | YVETTE J. GONZALES<br><br>P. O. Box 1037<br>Placitas NM 87043 | Trustee Compensation | Allowed / 07/21/2020 | 2100-000 | $7,769.15 | $0.00 | $0.00 | $7,769.15 |
| TREXP | YVETTE J. GONZALES<br><br>P. O. Box 1037<br>Placitas NM 87043 | Trustee Expenses | Allowed / 04/30/2020 | 2200-000 | $651.43 | $0.00 | $0.00 | $651.43 |
| ACCT | STEVEN W. JOHNSON<br><br>119 E. Marcy St. Ste. 203<br>Santa Fe NM 87501 | Accountant for Trustee Fees (Trustee Firm) | Allowed / 08/12/2019 | 3310-000 | $910.33 | $0.00 | $0.00 | $910.33 |
| **Claim Notes:** | Order to Employ entered 9/9/2019 doc 131; Order on Application for Compensation entered 12/8/2020 doc 156 | | | | | | | |
| ATEXP | ASKEW & WHITE LLC<br><br>1122 Central Ave. SW<br>Suite 1<br>Albuquerque NM 87102 | Attorney for Trustee Expenses (Other Firm) | Allowed / 08/02/2017 | 3220-000 | $2,541.75 | $2,541.75 | $0.00 | $0.00 |
| **Claim Notes:** | Order to Employ entered 04/12/2017 doc 16; Ntc of Change of Responsible Attorney filed 2/24/20 doc 138; Order on Fees entered 7/29/20 doc 147 in the amount of $2,541.75 | | | | | | | |
| ATFEE | ASKEW & WHITE LLC<br><br>1122 Central Ave. SW<br>Suite 1<br>Albuquerque NM 87102 | Attorney for Trustee Fees (Other Firm) | Allowed / 08/02/2017 | 3210-000 | $41,035.65 | $41,035.65 | $0.00 | $0.00 |
| **Claim Notes:** | Order to Employ entered 04/12/2017 doc 16; Ntc of Change of Responsible Attorney filed 2/24/20 doc 138; Order on Fees entered 7/29/20 doc 147 in the amount of $41,035.65 | | | | | | | |
| BOND | INTERNATIONAL SURETIES, LTD.<br>701 Poydras, St.<br>Suite 420<br>New Orleans LA 70139 | Bond Payments | Allowed / 11/13/2017 | 2300-000 | $31.38 | $31.38 | $0.00 | $0.00 |
| COURT | UNITED STATES BANKRUPTCY COURT<br><br>333 Lomas Blvd. NW<br>Suite<br>Albuquerque NM 87102 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed / 07/20/2017 | 2700-000 | $350.00 | $350.00 | $0.00 | $0.00 |
| **Claim Notes:** | Clerk's Ntc of Fees entered 6/1/2017 doc 19 | | | | | | | |
| PEST | PEST INSPECTION | Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | Allowed / 04/30/2020 | 2500-000 | $54.19 | $54.19 | $0.00 | $0.00 |
| **Claim Notes:** | Order on Settlement entered 5/31/19 doc 126 | | | | | | | |
| CLOSI | NM LAND AND TITLE CO. | Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | Allowed / 04/30/2020 | 2500-000 | $1,162.25 | $1,162.25 | $0.00 | $0.00 |
| **Claim Notes:** | Order on Settlement entered 5/31/19 doc 126 | | | | | | | |

| | |
|---|---|
| **Case No.:** | 17-10498-J7 |
| **Case Name:** | ESQUIBEL, KATHRYN RAMONA |
| **Claims Bar Date:** | 07/10/2017 |

| | |
|---|---|
| **Trustee Name:** | Yvette J. Gonzales |
| **Date:** | 12/22/2020 |

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| FLOOD | CORELOGIC FLOOD SERVICES, LLC | Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | Allowed / 04/30/2020 | 2500-000 | $6.00 | $6.00 | $0.00 | $0.00 |
| **Claim Notes:** | Order on Settlement entered 5/31/19 doc 126 | | | | | | | |
| IRS | INTERNAL REVENUE SERVICE<br><br>PO Box 7346<br>Philadelphia PA 19101-7346 | Income Taxes - Internal Revenue Service (post-petition) | Allowed / 08/12/2019 | 2810-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Order to pay entered 9/9/2019 doc 131 | | | | | | | |
| APPRA | CHAVEZZ APPRAISALS, LLC | Other Professional Fees | Allowed / 04/30/2020 | 3991-000 | $300.00 | $300.00 | $0.00 | $0.00 |
| **Claim Notes:** | Order on Settlement entered 5/31/19 doc 126 | | | | | | | |
| SURVE | LSC SURVEYING | Other Professional Fees | Allowed / 04/30/2020 | 3991-000 | $352.42 | $352.42 | $0.00 | $0.00 |
| **Claim Notes:** | Order on Settlement entered 5/31/19 doc 126 | | | | | | | |
| POTAX | GUADALUPE COUNTY | Other State or Local Taxes (post-petition, incl. post-petition real est. taxes) | Allowed / 04/30/2020 | 2820-000 | $755.64 | $755.64 | $0.00 | $0.00 |
| **Claim Notes:** | Order on Settlement entered 5/31/19 doc 126 | | | | | | | |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | General Unsecured § 726(a)(2) | Allowed / 04/10/2017 | 7100-000 | $4,323.15 | $0.00 | $0.00 | $4,323.15 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | General Unsecured § 726(a)(2) | Allowed / 04/19/2017 | 7100-000 | $252.98 | $0.00 | $0.00 | $252.98 |
| **Claim Notes:** | (2-1) Money Loaned | | | | | | | |
| 3 | BBVA COMPASS<br><br>PO Box 10566<br>Birmingham AL 35296 | General Unsecured § 726(a)(2) | Allowed / 06/05/2017 | 7100-000 | $5,854.94 | $0.00 | $0.00 | $5,854.94 |
| **Claim Notes:** | (3-1) Credit Card | | | | | | | |
| 4 | CAVALRY SPV I, LLC<br><br>Bass &#038; Associates, P.C.<br>3936 E. Ft. Lowell Road,<br>Suite #200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed / 06/13/2017 | 7100-000 | $1,654.54 | $0.00 | $0.00 | $1,654.54 |
| 5 | DAVID A. KELLY<br><br>252 S. 6th St.,<br>PO Box 414<br>Santa Rosa NM 88435-0414 | General Unsecured § 726(a)(2) | Disallowed / 07/08/2017 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (5-1) Attorney fees representing Joe Esquibel; Notice of Obj to Claim filed 4/16/2018 doc 28 by John Sexton; Notice of Obj to Claim filed 4/23/18 doc 35 by David Alton Kelly; Transfer of Claim filed 2/8/19 doc 95; Order on Settlement entered 5/31/19 doc 126 | | | | | | | |

| Case No.: | 17-10498-J7 | | Trustee Name: | Yvette J. Gonzales |
| Case Name: | ESQUIBEL, KATHRYN RAMONA | | Date: | 12/22/2020 |
| Claims Bar Date: | 07/10/2017 | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 6 | DAVID A. KELLY<br><br>252 S. 6th St.<br>PO Box 414<br>Santa Rosa NM 88435-0414 | General Unsecured § 726(a)(2) | Disallowed / 07/08/2017 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (6-1) Attorney fees representing Joe Esquibel; Notice of Obj to Claim filed 4/16/18 doc 26 by John Sexton; Notice of Obj to Claim filed 4/23/2018 doc 34 by David Alton Kelly; Claim Transfer filed 2/7/19 doc 96; Order on Settlement entered 5/31/19 doc 126

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 7 | DAVID ALTON KELLY<br><br>252 S. 6th St.<br>Santa Rosa NM 88435 | General Unsecured § 726(a)(2) | Disallowed / 07/10/2017 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Amended claim filed 7/10/17; Notice of Obj to Claim filed 4/16/18 doc 24 by John Sexton; Notice of Obj to Claim filed 4/23/2018 doc 32 by David Alton Kelly; Claim transferred 5/24/18 doc 45 from Border Law to David Alton Kelly; Order on Settlement entered 5/31/19 doc 126

| Claim No.: | Creditor Name | Claim Class | Claim Status / Date Filed | Uniform Tran Code | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 8 | MARTIN LOPEZ III, PC<br><br>1500 Mountain Rd. NW<br>Albuquerque NM 87104 | General Unsecured § 726(a)(2) | Allowed / 07/10/2017 | 7100-000 | $24,065.54 | $0.00 | $0.00 | $24,065.54 |

**Claim Notes:** (8-1) Attorney fees representing Kathryn Esquibel; Notice of Obj to Claim filed 4/16/18 doc 30 by John Sexton; Notice of Obj to Claim filed 4/23/2018 doc 33 by David Alton Kelly; Order on Settlement entered 5/31/19 doc 126

| | | | | | $92,071.34 | $46,589.28 | $0.00 | $45,482.06 |

| | |
|---|---|
| **Case No.** | 17-10498-J7 |
| **Case Name:** | ESQUIBEL, KATHRYN RAMONA |
| **Claims Bar Date:** | 07/10/2017 |

| | |
|---|---|
| **Trustee Name:** | Yvette J. Gonzales |
| **Date:** | 12/22/2020 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Tax | Net Remaining Balance |
|---|---|---|---|---|---|
| Accountant for Trustee Fees (Trustee Firm) | $910.33 | $910.33 | $0.00 | $0.00 | $910.33 |
| Attorney for Trustee Expenses (Other Firm) | $2,541.75 | $2,541.75 | $2,541.75 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $41,035.65 | $41,035.65 | $41,035.65 | $0.00 | $0.00 |
| Bond Payments | $31.38 | $31.38 | $31.38 | $0.00 | $0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 |
| Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.) | $1,222.44 | $1,222.44 | $1,222.44 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $65,540.87 | $36,151.15 | $0.00 | $0.00 | $36,151.15 |
| Income Taxes - Internal Revenue Service (post-petition) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Professional Fees | $652.42 | $652.42 | $652.42 | $0.00 | $0.00 |
| Other State or Local Taxes (post-petition, incl. post-petition real est. taxes) | $755.64 | $755.64 | $755.64 | $0.00 | $0.00 |
| Trustee Compensation | $7,769.15 | $7,769.15 | $0.00 | $0.00 | $7,769.15 |
| Trustee Expenses | $651.43 | $651.43 | $0.00 | $0.00 | $651.43 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 17-10498-J7
Case Name: KATHRYN RAMONA ESQUIBEL
Trustee Name: Yvette J. Gonzales

Balance on hand:    $43,538.80

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $43,538.80

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Yvette J. Gonzales, Trustee Fees | $7,769.15 | $0.00 | $7,769.15 |
| Yvette J. Gonzales, Trustee Expenses | $651.43 | $0.00 | $651.43 |
| Askew & White LLC, Attorney for Trustee Fees | $41,035.65 | $41,035.65 | $0.00 |
| Askew & White LLC, Attorney for Trustee Expenses | $2,541.75 | $2,541.75 | $0.00 |
| Steven W. Johnson, Accountant for Trustee Fees | $910.33 | $0.00 | $910.33 |
| United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $350.00 | $0.00 |
| Other: Appraisal, Other Professional Fees | $300.00 | $300.00 | $0.00 |
| Other: Flood cert, Other Professional Fees | $6.00 | $6.00 | $0.00 |
| Other: Pest inspection, Other Professional Fees | $54.19 | $54.19 | $0.00 |
| Other: Survey, Other Professional Fees | $352.42 | $352.42 | $0.00 |

Total to be paid for chapter 7 administrative expenses:    $9,330.91
Remaining balance:    $34,207.89

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $34,207.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $34,207.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,151.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 94.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $4,323.15 | $0.00 | $4,090.77 |
| 2 | Quantum3 Group LLC as agent for | $252.98 | $0.00 | $239.38 |
| 3 | BBVA Compass | $5,854.94 | $0.00 | $5,540.21 |
| 4 | Cavalry Spv I, LLC | $1,654.54 | $0.00 | $1,565.60 |
| 8 | Martin Lopez III, PC | $24,065.54 | $0.00 | $22,771.93 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $34,207.89 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |